IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OAKWOOD LABORATORIES, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> Dr. Bagavathikanun Thanoo, et al., <br><br> Defendants. | Case No. 3:17-cv-05090-PGS-LHG <br><br><br> **MOTION FOR ADMISSION *PRO HAC VICE* OF NORA K. COOK** |

Pursuant to D.N.J. L.Civ.R. 101.1 and the attached certification, counsel moves the admission *pro hac vice* of Nora Cook of Benesch, Friedlander, Coplan & Aronoff LLP to represent Oakwood Laboratories, L.L.C. in this case.

                                             BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

                                             */s/ Kevin M. Capuzzi*
                                             Kevin M. Capuzzi (NJ No. 173442015)
                                             Continental Plaza II
                                             411 Hackensack Ave., 3rd Floor
                                             Hackensack, New Jersey  07601-6323
                                             Telephone:  302.442.7010
                                             Facsimile:  302.442.7012
                                             Email: kcapuzzi@beneschlaw.com

Dated: August 3, 2017

10312304 v1