

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

July 19, 2021

**VIA CM/ECF**
Hon. Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:   *Oakwood Laboratories, L.L.C. v. Dr. Bagavathikanun Thanoo, et al.*
               **Civil Action No. 3:17-cv-05090 (PGS)(LHG)**

Dear Judge Goodman:

      This Firm, along with Buchanan Ingersoll & Rooney P.C., represents Dr. Bagavathikanun Thanoo, Auromedics Pharma LLC, Aurobindo Pharma U.S.A., Inc., and Aurobindo Pharma Ltd. (collectively, "Defendants") in the above-captioned matter. We write to respectfully request Your Honor approve the withdrawal of our former co-counsel Michael A. Sitzman, Esq. and Jaysen S. Chung Esq.'s admission *pro hac vice*.

      Mr. Sitzman and Mr. Chung were admitted *pro hac vice* by order of this Court dated September 22, 2017 [ECF No. 23]. Mr. Sitzman and Mr. Chung are no longer assigned to this case. Accordingly, we respectfully request Your Honor approve Mr. Sitzman and Mr. Chung's withdrawal as *pro hac vice* counsel for the defendants in the above-entitled case. Robinson Miller LLC and Buchanan Ingersoll & Rooney P.C. will continue to serve as counsel of record for the defendants.

      If this request is satisfactory, we would appreciate if Your Honor would "So Order" this letter and arrange for its entry on the docket by the Clerk of the Court.

      We thank the Court for its kind consideration.

                                  Respectfully,

                                  *s/Keith J. Miller*
                                  Keith J. Miller

KJM/bl
Enclosure