Christopher J. Dalton
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OAKWOOD LABORATORIES, L.L.C.,** | Case No.: 3:17-cv-05090-PGS-LHG |
| Plaintiff, | Judge Peter G. Sheridan |
| v. | Magistrate Judge Lois Goodman |
| **DR. BAGAVATHIKANUN THANOO**, *et al.,* | **SUBSTITUTION OF COUNSEL** |
| Defendants. | |

The undersigned hereby consent to the withdrawal of Keith J. Miller and Michael J. Gesualdo of ROBINSON MILLER LLC and the substitution of Christopher J. Dalton of Buchanan Ingersoll & Rooney PC's Newark, New Jersey office, a member of the bar of this Court, as local counsel for defendants Dr. Bagavathikanun Thanoo, AuroMedics Pharma LLC ("AuroMedics"), Aurobindo Pharma U.S.A., Inc. ("Aurobindo USA"), and Aurobindo Pharma Ltd.  Pursuant to Local Civil Rule 101.1(c)(4), all notices, orders, and pleadings may be served on Mr. Dalton, and Mr. Dalton will file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders.

| ROBINSON MILLER LLC | BUCHANAN INGERSOLL & ROONEY PC |
|---|---|
| By:  *s/Keith J. Miller*<br>    Keith J. Miller<br>    Michael J. Gesualdo<br>    Withdrawing Counsel | By:  *s/Christopher J. Dalton*<br>    Christopher J. Dalton<br>    Superseding Counsel |
| Dated:  April 26, 2022 | Dated:  April 26, 2022 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of April 2022, a true and correct copy of the foregoing was served via CM/ECF upon all counsel registered to receive Notices of Electronic Filings.

Dated: April 26, 2022            */s/Christopher J. Dalton*
                                                        Christopher J. Dalton