

Kevin M. Capuzzi
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Direct Dial:  302.442.7063
Fax:  302.442.7012
kcapuzzi@beneschlaw.com

May 26, 2022

*VIA CM/ECF*

Hon. Lois H. Goodman, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

>   Re:  *Oakwood Laboratories, LLC v. Dr. Bagavathikanun Thanoo, et al.*
>   Case No. 3:17-cv-05090-PGS-LHG
>   **Report on Mediation Status**

Dear Judge Goodman:

    I write on behalf of Plaintiff Oakwood Laboratories, LLC ("Plaintiff") pursuant to the *Mediation Order* entered by the Court on March 10, 2022 (the "Mediation Order") [D.I. 115] to notify the Court that the parties mediated before the Honorable Mark Falk (Ret.) on May 25, 2022 and were unable to resolve this matter.  Plaintiff respectfully requests that the stay imposed by the Mediation Order be lifted so that discovery may proceed.  Plaintiff further respectfully requests a telephonic Status Conference with the Court at the Court's convenience to discuss scheduling matters.

    I am at the Court's disposal to address this matter further.

>   Respectfully submitted,
>
>   BENESCH, FRIEDLANDER,
>     COPLAN & ARONOFF LLP
>
>   */s/ Kevin M. Capuzzi* (NJ 173442015)

KMC:kh

cc:     All counsel of record (via CM/ECF)