IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OAKWOOD LABORATORIES, L.L.C., | ) | Case No. 3:17-cv-05090-PGS-LHG |
| | ) | |
| Plaintiff, | ) | JUDGE PETER SHERIDAN |
| | ) | MAGISTRATE JUDGE LOIS GOODMAN |
| vs. | ) | |
| | ) | |
| DR. BAGAVATHIKANUN THANOO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiff Oakwood Laboratories, L.L.C. ("Plaintiff"), by and through its undersigned counsel, intends to serve Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoenas to Produce Documents") and/or Subpoenas to Testify at a Deposition in a Civil Action ("Subpoenas to Testify") in the forms attached hereto, on the following entities and/or persons on June 10, 2022, or as soon thereafter as service may be effectuated.

1. Eugia Injectable Inc., c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19801. Subpoena to Produce Documents with Schedule A attached hereto as **Exhibit A**.

2. Eugia US Manufacturing LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19801. Subpoena to Produce Documents with Schedule A attached hereto as **Exhibit B**.

3. Deloitte Tax, LLP, 100 Kimball Drive, Parsippany, New Jersey 07054.  Subpoena to Produce Documents with Schedule A attached hereto as **Exhibit C**.

4. Dr. Anant Patel, 1813 Mountainside Drive, Pompton Lakes, New Jersey 07442. Subpoena to Produce Documents with Schedule A and Subpoena to Testify at a Deposition attached hereto as **Exhibit D**.

5. Judy Nguyen, 12818 Galdi Lane, Philadelphia, Pennsylvania 19154.  Subpoena to Produce Documents with Schedule A and Subpoena to Testify at a Deposition attached hereto as **Exhibit E**.

6. Dr. Parvin Akther, 1306 Fir Court, Somerset, New Jersey 08873.  Subpoena to Produce Documents with Schedule A and Subpoena to Testify at a Deposition attached hereto as **Exhibit F**.

7. Ganesh Ramnan Venkataraman, 23 Heather Drive, Edison, New Jersey 08820. Subpoena to Produce Documents with Schedule A and Subpoena to Testify at a Deposition attached hereto as **Exhibit G**.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

| | |
|---|---|
| Dated: June 9, 2022 | *s/ Kevin M. Capuzzi*<br>Kevin M. Capuzzi (No. 173442015)<br>Michael J. Barrie (No. 033262000)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Continental Plaza II<br>411 Hackensack Avenue, 3rd Floor<br>Hackensack, New Jersey 07601-6323<br>Telephone: 302.442.7010<br>Facsimile: 302.442.7012<br>Email: kcapuzzi@beneschlaw.com<br>Email: mbarrie@beneschlaw.com<br><br>Sean A. Meluney (admitted *Pro hac vice*)<br>Kate Harmon (admitted *Pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: smeluney@beneschlaw.com<br>Email: kharmon@beneschlaw.com<br><br>Richard E. Hepp (admitted *Pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>Telephone: 216.363.6228<br>Facsimile: 216.363.4588<br>Email: rhepp@beneschlaw.com<br><br>*Attorneys for Plaintiff Oakwood Laboratories, L.L.C.* |