# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OAKWOOD LABORATORIES, L.L.C., | Case No. 3:17-cv-05090-PGS-LHG |
| Plaintiff, | JUDGE PETER SHERIDAN |
| | MAGISTRATE JUDGE LOIS GOODMAN |
| vs. | |
| DR. BAGAVATHIKANUN THANOO, et al., | **NOTICE OF DEPOSITION** |
| | **OF SWAMINATHAN SAMBAMURTY** |
| Defendants. | |

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Oakwood Laboratories, L.L.C. ("Oakwood") will take the deposition upon oral examination of **Swaminathan Sambamurty** on **Monday, August 8, 2022, at 1:00 p.m. (EDT)**, at the offices of Benesch, Friedlander, Coplan & Aronoff LLP, Continental Plaza II, 411 Hackensack Avenue, Suite 305, Hackensack, New Jersey 07601, before an officer duly authorized by law to administer oaths. The deposition testimony will be recorded stenographically or by audio, audiovisual, video or other means, and will continue from day-to-day until completed.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated: June 9, 2022

Respectfully submitted,

*s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (No. 173442015)
Michael J. Barrie (NJ No. 033262000)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcapuzzi@beneschlaw.com
Email: mbarrie@beneschlaw.com

Sean A. Meluney (admitted *Pro hac vice*)
Kate Harmon (admitted *Pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: smeluney@beneschlaw.com
Email: kharmon@beneschlaw.com

Richard E. Hepp (admitted *Pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216.363.6228
Facsimile: 216.363.4588
Email: rhepp@beneschlaw.com

*Attorneys for Plaintiff Oakwood Laboratories, L.L.C.*