# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OAKWOOD LABORATORIES, L.L.C., | Case No. 3:17-cv-05090-PGS-LHG |
| Plaintiff, | JUDGE PETER SHERIDAN |
| | MAGISTRATE JUDGE LOIS GOODMAN |
| vs. | |
| DR. BAGAVATHIKANUN THANOO, et al., | |
| | **NOTICE OF DEPOSITION** |
| Defendants. | **OF MIGUEL MEDICO** |

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Oakwood Laboratories, L.L.C. ("Oakwood") will take the deposition upon oral examination of **Miguel Medico** on **August 17, 2022, at 9:00 a.m. (EDT)**, at the offices of Benesch, Friedlander, Coplan & Aronoff LLP, Continental Plaza II, 411 Hackensack Avenue, Suite 305, Hackensack, New Jersey 07601, before an officer duly authorized by law to administer oaths. The deposition testimony will be recorded stenographically or by audio, audiovisual, video or other means, and will continue from day-to-day until completed.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

| | |
|---|---|
| Dated: June 9, 2022 | Respectfully submitted,<br><br>*s/ Kevin M. Capuzzi*<br>Kevin M. Capuzzi (No. 173442015)<br>Michael J. Barrie (NJ No. 033262000)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Continental Plaza II<br>411 Hackensack Avenue, 3rd Floor<br>Hackensack, New Jersey 07601-6323<br>Telephone: 302.442.7010<br>Facsimile: 302.442.7012<br>Email: kcapuzzi@beneschlaw.com<br>Email: mbarrie@beneschlaw.com<br><br>Sean A. Meluney (admitted *Pro hac vice*)<br>Kate Harmon (admitted *Pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: 302.442.7010<br>Facsimile: 302.442.7012<br>Email: smeluney@beneschlaw.com<br>Email: kharmon@beneschlaw.com<br><br>Richard E. Hepp (admitted *Pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>Telephone: 216.363.6228<br>Facsimile: 216.363.4588<br>Email: rhepp@beneschlaw.com<br><br>*Attorneys for Plaintiff Oakwood Laboratories, L.L.C.* |