

<div style="text-align:right">
Kevin M. Capuzzi<br>
Continental Plaza II<br>
411 Hackensack Avenue, 3rd Floor<br>
Hackensack, New Jersey 07601-6323<br>
Direct Dial:  302.442.7063<br>
Fax:  302.442.7012<br>
kcapuzzi@beneschlaw.com
</div>

June 15, 2022

*VIA CM/ECF*

Hon. Lois H. Goodman, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:  ***Oakwood Laboratories, LLC v. Dr. Bagavathikanun Thanoo, et al.***
> **Case No. 3:17-cv-05090-PGS-LHG**
> **Appointment of the Honorable Mark Falk (Ret.) as Discovery Master**

Dear Judge Goodman:

I write on behalf of Plaintiff Oakwood Laboratories, LLC ("Plaintiff") pursuant to the discussion during today's Status Conference regarding the appointment of the Honorable Mark Falk (Ret.) as discovery master in this matter:  Plaintiff has no objection to such appointment.

I am at the Court's disposal to address this matter further.

<div style="margin-left:50%">
Respectfully submitted,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Kevin M. Capuzzi* (NJ 173442015)
</div>

KMC:kh


cc:     All counsel of record (via CM/ECF)