# Buchanan Ingersoll & Rooney PC

Christopher J. Dalton
973-424-5614
christopher.dalton@bipc.com

550 Broad Street, Suite 810
Newark, New Jersey 07102
T 973-273-9800
F 973-273-9430
www.bipc.com

June 16, 2022

**So Ordered this 17th day of June, 2022**

*/s/ Lois H. Goodman*

**Lois H. Goodman, U.S.M.J.**

***VIA ELECTRONIC FILING (ECF)***

Hon. Lois Goodman
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Oakwood Laboratories, LLC v. Dr. Bagavathikanun Thanoo, et al.,*
    Civil Action No. 3:17-cv-05090-PGS-LHG

Dear Judge Goodman:

This firm represents Defendants in this matter. As discussed during the June 14, 2022 Status Conference, we write to request a brief extension of time for the parties to file motions to amend the pleadings or join new parties, currently due June 23, 2022 pursuant to DE 111. Defendants request that the parties be permitted to file such motions on or before **July 22, 2022**, returnable August 15, 2022. Plaintiff's counsel consented to this request during the June 14, 2022 Status Conference.

If this is acceptable, we ask that the Court "so order." Thank you for your courtesies and consideration.

Very truly yours,

*Christopher J. Dalton*

Christopher J. Dalton

cc: All Counsel of Record (by ECF)