UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OAKWOOD LABORATORIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>DR. BAGAVATHIKANUN THANOO, et al.,<br><br>Defendants. | Case No. 3:17-cv-05090-PGS-LHG<br><br>**DECLARATION OF MARK FALK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53** |

I, Mark Falk, hereby declare and state as follows:

1. I am an attorney of the State of New Jersey, and Counsel at the law firm Walsh Pizzi O'Reilly Falanga LLP.

2. I respectfully submit this Declaration in support of my appointment as Mediator pursuant to Federal Rule of Civil Procedure 53.

3. On March 10, 2022, The Honorable Judge Lois H. Goodman, U.S.M.J., entered an order appointing me as Mediator in the above-captioned case.

4. After the Court's appointment, I reviewed the pleadings and checked my firm's conflict system to determine whether there was any conflict that would require disclosure to the Court and the parties, or that would otherwise preclude me from serving as Mediator.

5. The conflict check revealed that no party to this case is represented by the law firm Walsh Pizzi O'Reilly Falanga LLP, nor have I ever been associated with any of the parties to the case.

6. I am confident that neither I nor the firm are involved in any matter with a party to this case, or represent any party in this case, or have any relationship with any counsel for a party in this case, which would preclude me from accepting the appointment of the Court pursuant to Federal Rule of Civil Procedure 53.

I hereby declare under the penalty of perjury that the foregoing statements are true.

Dated: June 29, 2022

*s/ Mark Falk*
Hon. Mark Falk (ret.)
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100