UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Oakwood Laboratories, L.L.C.<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Dr. Bagavathikanun Thanoo, et al.<br>　　　　　Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.  3:17-cv-05090-PGS-LHG |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin M. Capuzzi
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: James E. Thompson, Esq.

Address: 100 Pine Street, Suite 3100

San Francisco, CA 94111

(628) 600-2250

E-mail: jimthompson@beneschlaw.com
(One email address only)

DNJ-CMECF-002