

Kevin M. Capuzzi
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Direct Dial:  302.442.7063
Fax:  302.442.7012
kcapuzzi@beneschlaw.com

August 29, 2022

**VIA CM/ECF**
Hon. Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:    ***Oakwood Laboratories, L.L.C. v. Dr. Bagavathikanun Thanoo, et al.***
             ***Civil Action No. 3:17-cv-05090 (PGS)(LHG)***

Dear Judge Goodman:

This Firm represents Oakwood Laboratories, LLC ("Oakwood") in the above-referenced case. We write to respectfully request that Your Honor approve the withdrawal of Sean A. Meluney, Esquire's *admission pro hac vice.*

Mr. Meluney was admitted *pro hac vice* by order of this Court dated November 5, 2021 [ECF No. 108]. Mr. Meluney's association with the law firm Benesch, Friedlander, Coplan & Aronoff ("Benesch") will end effective August 31, 2022. Accordingly, we respectfully request Your Honor approve Mr. Meluney's withdrawal as *pro hac vice* counsel for Oakwood in this case. Benesch will continue to serve as counsel of record for Oakwood.

If this request is satisfactory, we would appreciate it if Your Honor would "So Order" this letter and arrange for its entry on the docket by the Clerk of the Court.

We thank the Court for its kind consideration.

Hon. Lois H. Goodman, U.S.M.J.
August 29, 2022
Page 2

                                  Respectfully submitted,

                                  BENESCH, FRIEDLANDER,
                                   COPLAN & ARONOFF LLP

                                */s/ Kevin M. Capuzzi*

                                Kevin M. Capuzzi

KMC:rt

16059660 v1