Christopher J. Dalton
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OAKWOOD LABORATORIES, L.L.C.,**<br><br>     **Plaintiff,**<br>v.<br><br>**DR. BAGAVATHIKANUN THANOO,** *et al.*,<br><br>     **Defendants.** | Case No.: 3:17-cv-05090-PGS-LHG<br><br>**Judge Peter G. Sheridan**<br>**Magistrate Judge Lois H. Goodman**<br>**Special Master Mark Falk**<br><br>**Motion Date: November 7, 2022**<br><br>**Oral Argument Requested** |

### DEFENDANTS' NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* TO THIRD-PARTY PHARMASOPHIA LLC

**PLEASE TAKE NOTICE** Defendants Dr. Bagavathikanun Thanoo ("Thanoo"), AuroMedics Pharma LLC ("AuroMedics"), Aurobindo Pharma U.S.A., Inc. ("Aurobindo USA"), and Aurobindo Pharma Ltd. ("Aurobindo," and collectively, with Thanoo, AuroMedics, and Aurobindo USA, "Defendants"), by and through their counsel, Buchanan Ingersoll & Rooney PC, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, will respectfully move before the United States District Court for the District of New Jersey, on November 7, 2022 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order compelling third-

party PharmaSophia, LLC ("PharmaSophia") to comply fully with Defendants' September 2, 2022 subpoena *duces tecum*.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants rely upon the Declaration of Jonathan D. Janow and Memorandum of Law, with Exhibits, submitted and filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if timely and appropriate opposition is filed.

                                             **BUCHANAN INGERSOLL & ROONEY PC**

                                             By: */s/ Christopher J. Dalton*
                                             Christopher J. Dalton
                                             BUCHANAN INGERSOLL & ROONEY PC
                                             550 Broad Street, Suite 810
                                             Newark, NJ 07102-4582
                                             Tel: (973) 273-9800
                                             Fax: (973) 273-9430
                                             Email: christopher.dalton@bipc.com

                                             Jonathan D. Janow (admitted *pro hac vice*)
                                             BUCHANAN INGERSOLL & ROONEY PC
                                             1700 K St. N.W., Suite #300
                                             Washington, DC 20006-3807
                                             Tel: (202) 452-7900
                                             Fax: (202) 452-7989
                                             Email: jonathan.janow@bipc.com

                    James Wilcox (admitted *pro hac vice*)
                    BUCHANAN INGERSOLL & ROONEY PC
                    1737 King Street, Suite 500
                    Alexandria, VA 22314-2727
                    Tel: (703) 836-6620
                    Fax: (703) 836-2021
                    Email: james.wilcox@bipc.com

                    Caroline Warren (admitted *pro hac vice*)
                    BUCHANAN INGERSOLL & ROONEY PC
                    227 West Trade Street, Suite 600
                    Charlotte, NC 28202-2601
                    Tel: (704) 444-3300
                    Fax: (704) 444-3490
                    Email: caroline.warren@bipc.com

                    *Attorneys for Defendants Dr. Bagavathikanun Thanoo, AuroMedics Pharma LLC, Aurobindo Pharma U.S.A., Inc., and Aurobindo Pharma Ltd.*

Dated:  October 14, 2022

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2022, a true and accurate copy of the foregoing Notice of Motion to Compel and supporting papers were served on all counsel and parties registered to receive Notice of Electronic Filings pursuant to the Court's ECF system. I further certify that the foregoing Notice of Motion to Compel and supporting papers were served via email on the following individuals:

Kevin M. Capuzzi
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcapuzzi@beneschlaw.com

*Counsel for Third-Party PharmaSophia LLC*

Kevin M. Capuzzi
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcapuzzi@beneschlaw.com

Michael J. Barrie
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323

Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: mbarrie@beneschlaw.com

James E. Thompson
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2250
Facsimile: (628) 221-5828
Email: jimthompson@beneschlaw.com

Kate Harmon
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kharmon@beneschlaw.com

Richard E. Hepp
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216.363.6228
Facsimile: 216.363.4588
Email: rhepp@beneschlaw.com

*Attorneys for Plaintiff Oakwood Laboratories, L.L.C.*

Dated: October 14, 2022

*/s/ Christopher J. Dalton*
Christopher J. Dalton