THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OAKWOOD LABORATORIES, LLC,<br><br>         Plaintiff,<br>v.<br><br>DR. BAGAVATHIKANUN THANOO, AUROMEDICS PHARMA LLC, AUROBINDO PHARMA U.S.A., INC., and AUROBINDO PHARMA LTD.,<br><br>         Defendants. | Civil Action No. 3:17-cv-05090-PGS-LHG<br><br>**SPECIAL MASTER'S ORDER ON DISCOVERY DISPUTES** |

  **WHEREAS**, this matter between Plaintiff, Oakwood Laboratories, LLC ("Plaintiff") and Defendants Dr. Bagavathikanun Thanoo, Auromedics Pharma LLC, Aurobindo Pharma U.S.A., Inc., and Aurobindo Pharma Ltd. (collectively "Defendants", and with Plaintiff, "Parties") having come before the undersigned Special Master appointed by Order entered on July 19, 2022 (ECF No. 144); and the Order providing that the Special Master is appointed to "address and resolve all pending and future discovery" (*id.* p. 2, ¶ 2); and Defendants having filed a Motion to Compel on October 14, 2022, which seeks to compel responses to a subpoena Defendants served on non-party, PharmaSophia, LLC ("Subpoena") (ECF No. 147); and PharmaSophia having submitted a response to the Motion to Compel on October 24, 2022; and Defendants having submitted a reply in further support of the Motion to Compel on October 31, 2022; and PharmaSophia having submitted a further response to the Motion to Compel on November 11, 2022; and Plaintiff and Defendants having submitted a series of letter briefs describing a variety of other discovery disputes, specifically: the parties' joint letter of August 8, 2022; Plaintiff's August 19, 2022, Submission; Defendants' September 2, 2022, Response; Defendants' August 19, 2022,

Submission; Plaintiff's September 2, 2022, Response; Plaintiff's October 18, 2022, Submission; Defendants' November 1, 2022, Response; Plaintiff's October 28, 2022, Submission; and Defendants' November 11, 2022, Response (collectively, "Letter Briefs"); and the Parties having requested oral argument; and for good cause shown,

**IT IS** on this **9th** day of **February 2023 ORDERED** as follows:

1. A virtual status conference is scheduled for **February 15, 2023, at 10:00 am** ("Conference").

2. The login credentials will be provided in advance of the Conference.

3. An in-person hearing on all issues raised in the Motion to Compel, the Letter Briefs, and related submissions is scheduled for **March 21, 2023, at 10:00 am** ("Hearing").

4. The Hearing shall proceed at Walsh Pizzi O'Reilly Falanga LLP, 100 Mulberry Street, 15th Floor, Newark, NJ 07102.

5. The Parties shall coordinate on arrangements for a court reporter for the Hearing.

**IT IS SO ORDERED.**


Dated: February 9, 2023                 */s/ Mark Falk*
                                        Mark Falk, Special Master